# United States District Court
## Southern District of Georgia

JAMES GLENN WILDER,

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV 118-168

CLINTON PERRY,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 17, 2018, the petition filed pursuant to 28 U.S.C. § 2254 is

DISMISSED without prejudice. This case stands closed.

10/17/2018  
Date

Scott L. Poff  
Clerk

/s/ Jamie Hodge  
(By) Deputy Clerk